# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

VS.                              2:22-CR-00002-JM

BAUDELEO MEJIA-MEJIA

## AMENDED JUDGMENT

In accordance with the opinion and judgment entered by the Eighth Circuit Court of Appeals on February 28, 2024, the judgment of this Court entered on April 6, 2023 (Doc. No. 27) is amended as follows:

The Standard Conditions of Supervision numbered 2-13 (found on page 4 of Doc. No. 27) are removed from this Court's judgment. All other terms and conditions of the judgment remain in effect.

IT IS SO ORDERED this 7th day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE